is dismissed for want of a substantial federal question. *Louis S. Ashman* for appellant.

*Miscellaneous Orders.*

No. 430, Misc.   E. I. DU PONT DE NEMOURS & CO. ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ET AL.   The motion for leave to file petition for writ of mandamus and/or certiorari is denied. *Gerhard A. Gesell, Paul H. Arthur, John M. Harlan* and *Aaron Finger* for petitioners.   *Solicitor General Perlman, Assistant Attorney General Bergson* and *Charles H. Weston* for the United States, respondent.

No. 455, Misc.   SPILLMANN *v.* JACKSON, WARDEN. The motion for leave to file petition for writ of certiorari is denied.

No. 464, Misc.   SLADE *v.* JACQUES, WARDEN.   The motion for leave to file petition for writ of habeas corpus is denied.

*Certiorari Granted.*

Nos. 648 and 649.   UNITED STATES *v.* MUNSINGWEAR, INC.   C. A. 8th Cir.   Certiorari granted.   *Solicitor General Perlman* for the United States.   *John M. Palmer* for respondent.

*Certiorari Denied.   (See also Misc. Nos. 430 and 455, supra.)*

No. 546.   EDDY ET AL. *v.* PRUDENCE BONDS CORP. ET AL. C. A. 2d Cir.   Certiorari denied.   Petitioners *pro se.* *Charles M. McCarty* for respondent.